**Bert Logan STROUD v. The UNITED STATES of America.**

No. 9127.

Circuit Court of Appeals, Ninth Circuit.

May 8, 1939.

John F. Sheffield, of Los Angeles, Cal., for appellant.

Ben Harrison, U. S. Atty., and R. K. Lambeau, Asst. U. S. Atty., both of Los Angeles, Cal., and Frank J. Hennessy, U. S. Atty., and Robert B. McMillan, Asst. U. S. Atty., both of San Francisco, Cal.

Before GARRECHT, HANEY, and STEPHENS, Circuit Judges.

PER CURIAM.

Upon motion of appellee for dismissal of the appeal herein for failure of appellant to file brief, and there being no objection to said motion, and good cause therefor

appearing, ordered motion to dismiss granted, that a judgment of dismissal be filed and entered, and the mandate of this court issue forthwith.